IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,                                    Case No. 3:04CR714

       Plaintiff

  v.                                                                              ORDER

Willie J. Hood,

       Defendant

     This is a criminal case in which the defendant, who was sentenced to a term of a year and a day following his conviction for unlawful possession of a firearm, has filed a motion for modification of sentence.

     I have no jurisdiction or authority to entertain and/or grant such motion. Rule 35 of the Federal Rules of Criminal Procedure limits the power to seek a modification of sentence to the government, which opposes the instant motion. Section 3582(c) of Title 18 also places such authority in the hands of the Bureau of Prisons. That Bureau has not sought modification.

     It is, therefore,

     ORDERED THAT the motion to modify sentence be, and the same hereby is denied.

     So ordered.

                                                 s/James G. Carr
                                               James G. Carr
                                               Chief Judge